

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Robert F. Nelson, Jr

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Sgt. James Viencek # S-1103;
PO Steven Gaynor # 1658;
Detroit Police Department;
AC Towing

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 2:22-cv-12051
Judge: Friedman, Bernard A.
MJ: Patti, Anthony P.
Filed: 08-31-2022
CMP NELSON VS VIENCEK ET AL (DP)

Jury Trial:    ☑ Yes    ☐ No
*(check one)*

# Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Robert F. Nelson, Jr. |
| Street Address | 2212 Atkinson St |
| City and County | Detroit, Wayne |
| State and Zip Code | MI 48206 |
| Telephone Number | (313) 736-1236 |
| E-mail Address | robertfnelsonjr@icloud.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | James Wieneck |
| Job or Title (if known) | Sergeant Badge # S-1103; Detroit Police Department |
| Street Address | 12000 Livernois |
| City and County | Detroit, Wayne |
| State and Zip Code | MI 48204 |
| Telephone Number | (313) 596-1000 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Steven Gaynor |
| Job or Title (if known) | Police Officer # 1658 |
| Street Address | 12000 Livernois |
| City and County | Detroit, Wayne |
| State and Zip Code | MI 48204 |
| Telephone Number | (313) 596-1000 |
| E-mail Address (if known) | |

2

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

| | |
|---|---|
| Name | Detroit Police Department |
| Job or Title (if known) | Headquarters |
| Street Address | 1300 Beaubien St |
| City and County | Detroit, Wayne |
| State and Zip Code | MI 48204 |
| Telephone Number | (313) 596-1000 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | AC Towing |
| Job or Title (if known) | |
| Street Address | 5130 14th St |
| City and County | Detroit, Wayne |
| State and Zip Code | MI 48208 |
| Telephone Number | (313) 895-9595 |
| E-mail Address (if known) | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑  Federal question                          ☐  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 USC § 1983

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual
The plaintiff, *(name)* _____,
is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation
The plaintiff, *(name)* _____,
is incorporated under the laws of the State of *(name)*
_____, and has its principal place of business in the
State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual
The defendant, *(name)* _____, is a citizen of the
State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

b.    If the defendant is a corporation
The defendant, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____, and
has its principal place of business in the State of *(name)*
_____. *Or* is incorporated under the laws of
*(foreign nation)* _____, and has its principal place
of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**IV.     Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Compensatory damages in the amount of $15,000 owed for the vehicle, appointments and work missed during my false arrest/imprisonment, emotional distress damages from police misconduct, and damages relating to travel accommodations.

Punitive damages in the amount of $985,000 for the reckless and callous indifference to my federally protected rights.

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _8 - 30 - 2022_ , 20 _22_.

Signature of Plaintiff     _Robert S. Nelson Jr_

Printed Name of Plaintiff     _Robert F. Nelson, Jr._

6

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**Additional Information:**

Michigan Department of State

# NOTICE OF ABANDONED VEHICLE/VESSEL



*Please note: Vehicle includes motor vehicles, ORVs, and snowmobiles. Vessel includes watercraft.*

### PROOF OF NOTICE CERTIFICATE

I certify that I am eighteen years of age or older, and that on this date the Department served a copy of this original Notice of Abandoned Vehicle and Petition for Hearing on Abandoned Vehicle/Vessel to each party of record by United States mail from Lansing, Michigan, as provided in Section 212 of the Michigan Vehicle Code (MCL 257.212).

T. Bradley

| | |
|---|---|
| Date of Notice | 10/13/2020 |
| Complaint Number | 2010010286 |

ROBERT FOREST NELSON JR
2212 ATKINSON ST
DETROIT MI 48206-2011

Court Name    36TH DISTRICT COURT
Court Address    421 MADISON ST 2ND FLOOR
        DETROIT MI 48226

Our records indicate that you are the titled or registered owner of the vehicle/vessel listed below. This is to notify you and any secured party on record that this vehicle/vessel was taken into custody as an abandoned vehicle/vessel by the law enforcement agency listed below.

Unless this is an unregistered, abandoned, scrap vehicle/vessel, you have 20 days from the date of this notice to redeem it by paying the fees and accrued charges to the custodian of the vehicle/vessel. If you do not redeem the vehicle within 10 days from the date of this notice, the secured party may redeem the vehicle/vessel by paying the applicable fees and accrued charges to the custodian of the vehicle/vessel. The vehicle/vessel may be sold at public auction after 20 days. **However, if the proceeds from the sale of the vehicle/vessel do not satisfy the towing fees and accrued daily storage fees, the custodian of the vehicle/vessel may collect the balance of those unpaid fees from the last titled or registered owner, subject to MCL 257.252i or Sections 80130m, 81151, and 82161 2014 PA 549.**

The owner may contest that this vehicle/vessel was properly deemed abandoned or removed by completing the enclosed petition to request a hearing with the court listed above. The owner and secured party may contest the reasonableness of the towing and daily storage fees by completing and submitting the petition. The petition must be filed with the court by mail or in person within 20 days of the date of this notice. Please refer to the back of this form and the enclosed petition for more information.

**WARNING:** If you or the secured party do not redeem an abandoned vehicle/vessel or request a hearing within 20 days of the date of this notice, the law enforcement agency may transfer ownership of the vehicle/vessel and terminate all rights of the owner and any secured parties to the vehicle/vessel or to the proceeds of the vehicle/vessel sale.

**Vehicle/Vessel**

| Year | Make | VIN/HIN/Serial Number | Model and Body Style |
|---|---|---|---|
| 2003 | CHEVROLET | 1GCHK29G43E179675 | PU |

**Owner Name and Address:**
ROBERT FOREST NELSON JR
2212 ATKINSON ST
DETROIT MI 48206-2011

**First Secured Party Name and Address:**

**Second Secured Party Name and Address:**

**Law Enforcement Agency Name and Address:**
DETROIT POLICE DEPARTMENT
6300 CANIFF AUTO RECOVERY SECTION
DETROIT MI 48212

**Date Vehicle/Vessel Taken Into Custody and Approximate Location From Which it was Taken Into Custody:**
10/01/2020   W EUCLID/SECOND AVE    DETROIT

**Custodian-Location Where Vehicle/Vessel is Held:**
LIJBS ENTERPRISES LLC
6380 MARCUS ST
DETROIT MI 48211

0019265911011180102

Owner Copy

## REPORTING OFFICER NARRATIVE

| | OCA |
|---|---|
| *Detroit Police Department* | *200902-0370* |

| Victim | Offense | Date / Time Reported |
|---|---|---|
| *Society* | *OPERATING UNDER THE INFLUENCE OF* | *Wed 09/02/2020 19:33* |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

[09/02/2020 22:33, WIENCEKJ714, 2534]

PO Steven Gaynor Badge#1658 Body Camera #114557 Furlough Unknown
SGT James Wiencek Badge #S-1103 Body Camera #022885 Furlough

Patrolling in fully marked scout car as 10-72 wearing full Detroit Police uniform

Offender: Robert Nelson U/M DOB█████████

A:Arrest made, No force used

S:Scout 10-72 dispatched to Linwood/Pingree for Unknown problem. Callers stated a male was driving while intoxicated

C: Scout 10-72 made the location above looking for a vehicle that matched the description of a Blue in color Chevy HHR with Pennsylvania plate #████████. Scout did not see the vehicle at the location and began to canvas the area. Scout saw a vehicle matching the description and observed the vehicle drive over a curb out of Valero Gas station at 9130 Linwood. Scout initiated a traffic stop at the corner of Atkinson and La Salle. Upon making contact with the offender the odor of intoxicants were present and the offender was slurries his speech. The offender would not sit still and had to be given multiple directions to remain still. Scout ordered the offender out of the vehicle and placed him under arrest for suspected operating while intoxicated. Scout asked Offender for his identification, Offender stated it was in his wallet in the vehicle. Scout went to retrieve the wallet and found open alcoholic beverages on the floor board of the passenger side. Scout ordered a tow of the vehicle, since scout 10-72 did not have a cage scout 10-03 conveyed the offender to the DDC without incident. At the DDC the offenders accepted the datamaster test. Test administered by Officer Bartaway Badge #4672 using datamaster dmt: 300417, the offender provided two samples. one of 1.6 and the other of 1.5

O:Offender drove vehicle over a curb at 9130 Linwood, Offenders breath had the odor of intoxicants, Offender was combative with scout, needed directions multiple times before complying and was slurring his speech.

T: AC towing towed the 2007 Chevy HHR Plate████████ Vin#3GNDA23D67S564688

Made notifications to:
TCRU: Operator #7
Control#20202404189
Lein Reference #42894933

---

Reporting Officer: *WIENCEK, JAMES J*
R_CS3NC

# ARREST REPORT

**AGENCY INFO**

| Agency Name | ORI | Date/Time Arrested | Case # |
|---|---|---|---|
| Detroit Police Department | 8234900 | 09/02/2020 19:52 Wed | See Charges |

| Taken | Arrest Tract | Residence Tract | Arrest Number |
|---|---|---|---|
| | 1005 | | 78252 |

**ARRESTEE INFO**

| Name (Last, First, Middle) | D.O.B. | Age | Race | Sex | Place of Birth | Citizenship |
|---|---|---|---|---|---|---|
| NELSON, ROBERT | | 53 | U | M | | |

| Current Address | Phone | Occupation | Residence Status |
|---|---|---|---|
| | | | Unknown |

| Employer's Name | Address | Phone |
|---|---|---|
| | | |

| Also Known As (Alias Names) | Hgt | Wgt | Hair | Eyes | Skin Tone |
|---|---|---|---|---|---|
| | | | | | |

| Scars, Marks, Tattoos | Social Security # | OLN and State | Misc. # and Type |
|---|---|---|---|
| | | | |

| Nearest Relative Name | Address | Phone |
|---|---|---|
| | | |

**ARREST INFO**

| If Armed, Type of Weapon | Type of Arrest | Place of Arrest |
|---|---|---|
| | ON-VIEW (ON PATROL) | 9299 LA SALLE BLVD/ATKINSON ST, DETROIT |

| | Type | Counts | IBR Code | Warrant/Summons # | Statute # | Warr. Date |
|---|---|---|---|---|---|---|
| Charge #1  Case #: 2009020370  Oui - Ability Impaired By Intoxicating Liquor (volume) | Misd | 1 | 8041 | | 8043 | |
| Charge #2 | | | | | | |
| Charge #3 | | | | | | |

**VEH INFO**

| VYR | Make | Model | Style |
|---|---|---|---|
| | | | |

| Color | Plate #/State/Plate Year | VIN |
|---|---|---|
| | | |

| Vehicle |
|---|
| |

**CONFINED BOND**

| Date/Time Confined | Place Confined | Committing Magistrate |
|---|---|---|
| | | |

| Type Bond | Bond Amount | Trial Date | Time | Court Of | City |
|---|---|---|---|---|---|
| | | | | | |

| Arresting Officer Name/ID #/Bureau |
|---|
| Wiencek, James J (WES, 4TH) NEIG |

| Assisting Officer Name/ID #/Bureau | Released By (Name/Department/ID #) | Date/Time Released |
|---|---|---|
| | | |

**Status Codes:** 1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown/Lost

**DRUGS — ARREST**

| Code | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Other Name**

| Name | Address | Phone |
|---|---|---|
| | | |
| Name | Address | Phone |
| | | |

**NARRATIVE**

[09/02/2020 19:55, WIENCEKJ714, 2534]

***NO FORCE USED IN ARREST***

SGT JAMES J. WIENCEK BADGE S-1103, PARTNER PO STEVEN GAYNOR BADGE 1658 WORKING FULL UNIFORM FULLY MARKED SCOUT 185028. BWC EQUIPPED

** Continued **

**STATUS**

| Arresting Officer Signature/ID #/Bureau |
|---|
| Wiencek, James J (WES, 4TH) NEIG |

| Case Status | Arrestee Signature |
|---|---|
| | |

r_arlibr                                             , FREEDOM

## ARREST REPORT  (Additional Narrative)

| Agency Name | ORI | Date/Time Arrested | Case # |
|---|---|---|---|
| **Detroit Police Department** | **8234900** | **09/02/2020  19:52** | **See Charges** |

| Arrestee Name | Arrest Number |
|---|---|
| **NELSON, ROBERT** | **78252** |

ARRESTED ROBERT NELSON W/M/[REDACTED] REFUSED FURTHER INFO

MY PARTNER AND I WERE DISPATCHED TO THE AREA OF LINWOOD AND PINGREE ON A DRUNK DRIVER OPERATING A CHEVY HHR BEARING PENNSYLVANIA PLATE [REDACTED]. WE CHECKED THE AREA WITH NEGATIVE RESULTS, WE WERE UPDATED THE VEHICLE WAS IN THE 2200 BLOCK OF ATKINSON AND CONTINUED CHECKING.

WE OBSERVED THE VEHICLE PULLING OUT OF THE GAS STATION ON THE NORTHEAST CORNER OF LINWOOD AND CLAIRMOUNT JUMP THE CURB AND GO EAST ON CLAIRMOUNT. WE CONDUCTED A TRAFFIC STOP AT LASALLE AND ATKINSON.

UPON APPROACH I OBSERVED THE ARRESTEE CONCEALING A BEER WITH A CONSTRUCTION VEST. HE WAS HIGHLY UPSET YELLING DON`T SHOOT  I ORDERED HIM OUT OF THE VEHICLE AT FIRST HE REFUSED. I OBSERVED A STRONG ODOR ON INTOXICANTS ON THE OFFENDER SLURRED SPEECH AND POOR BALANCE. THE OFFENDER WAS ALSO VERY HOSTILE AND AS SUCH I DECIDED NOT TO DO A FIELD SOBRIETY TEST. I REQUESTED A PBT TRAINED OFFICER WITH NO RESPONSE.

OFFENDER WAS ARRESTED AND PLACED IN THE BACK OF OUR SCOUT, KEPT MOVING HIS CUFFS TO THE FRONT. OFFENDER WAS ARRESTED FOR OUIL SCOUT 10-03 CONVEYED TO THE DDC WITH A CAGE.



JS 44 (Rev. 10/20) **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Robert F. Nelson, Jr.

**DEFENDANTS**
Sgt. James Wiencek, PO Steven Gaynor, Detroit Police Department, AC Towing

**(b)** County of Residence of First Listed Plaintiff _Detroit, Wayne_
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _Detroit, Wayne_
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights / ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / PERSONAL PROPERTY / ☐ 370 Other Fraud | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☒ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) / ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI / ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights / Habeas Corpus: | ☐ 791 Employee Retirement Income Security Act | | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / Other: ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from Another District *(specify)*  ☐ 6 Multidistrict Litigation - Transfer  ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC §1983
Brief description of cause:
DPD officers, acting under color of law, denied my federally protected rights

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ $1,000,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

PURSUANT TO LOCAL RULE 83.11

1.      Is this a case that has been previously dismissed?          ☐ Yes
                                                                    ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.      Other than stated above, are there any pending or previously       ☐ Yes
        discontinued or dismissed companion cases in this or any other     ☑ No
        court, including state court? (Companion cases are matters in which
        it appears substantially similar evidence will be offered or the same
        or related parties are present and the cases arise out of the same
        transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes :